[No. 27543-7-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS
ESPINOZA-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 90-1-00354-9, Stanley K. Bruhn, J., entered
December 13, 1990. *Remanded* by unpublished opinion per
Scholfield, J., concurred in by Webster, A.C.J., and Forrest,
J.

[No. 27873-8-I.   Division One.   April 27, 1992.]

GRANGE INSURANCE ASSOCIATION, *Respondent*, v. WILLIAM
E. ALLISON, ET AL, *Defendants* v. RICHARD
NIELSEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-22237-1, Edward Heavey, J., entered
March 8, 1991. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Pekelis and Kennedy, JJ.

[Nos. 26791-4-I; 26807-4-I;   Division One.   April 27, 1992.]
    26865-1-I.

*In the Matter of the Dependency of* R.P., ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent*, v. ROBERT LUTHER PHILLIPS,
*Appellant*.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent*, v. GINNIE PHILLIPS, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 87-7-01340-3, 87-7-01339-0, Anthony P. Wart-
nik, J., entered August 7, 1990. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Kennedy and Agid,
JJ.